[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 1219.]

BAKOS, APPELLEE, *v.* INSURA PROPERTY & CASUALTY INSURANCE COMPANY ET AL., APPELLANTS.

[Cite as *Bakos v. Insura Prop. & Cas. Ins. Co.*, 1998-Ohio-537.]

*Certification of conflict dismissed for want of conflict within meaning of S.Ct.Prac.R. IV(2)(B).*

(No. 97-2431—Submitted October 28, 1998—Decided December 30, 1998.)

CERTIFIED by the Court of Appeals for Cuyahoga County, No. 71949.

_____

*Peterson & Zelasko* and *Bradford D. Zelasko*, for appellee.

*McNeal, Schick, Archibald & Biro Co., L.P.A.*, and *Paul W. Ziegler*, for appellant Insura Property & Casualty Insurance Company.

*Weston Hurd Fallon Paisley & Howley L.L.P., John G. Farnan, Hilary S. Taylor* and *William H. Baughman, Jr.*, for appellant St. Paul Fire & Marine Insurance Company.

_____

{¶ 1} The cause is dismissed for want of conflict within the meaning of S.Ct.Prac.R. IV(2)(B).

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER AND LUNDBERG STRATTON, JJ., CONCUR.

COOK, J., dissents.

_____

**COOK, J., dissenting.**

{¶ 2} I respectfully dissent from the decision to dismiss this case as improvidently certified and, if addressing this case on the merits, would affirm the decision of the court of appeals.

_____